UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERESA HILL,

    Plaintiff,

v.

T.J. MAXX OF CA, LLC,

    Defendant.

Case No. 17-cv-00847-MEJ

**ORDER TO SHOW CAUSE**

On April 13, 2017, Defendant T.J. Maxx of CA, LLC filed a Motion to Compel Arbitration, with a noticed hearing date of May 25, 2017. Dkt. No. 13. Responses were due April 27, 2017; however, Plaintiff Teresa Hill failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 9, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 25, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 2, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge