S. BRETT SUTTON 143107
Brett@suttonhague.com
JARED HAGUE 251517
Jared@suttonhague.com
ANTHONY GUZMAN 311580
Anthony@suttonhague.com
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Plaintiff: Teresa Hill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| TERESA HILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>T.J. MAXX OF CA, LLC, a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>DEFENDANT. | Case No. 3:17-CV-00847-MEJ<br><br>**STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>**[Fed. R. CIV. P. 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: December 9, 2016 |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD: IT IS HEREBY STIPULATED by and between Plaintiff TERESA HILL ("Plaintiff") and Defendant T.J. MAXX OF CA, LLC ("Defendant"), through their respective counsel of record, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action shall be voluntarily dismissed as follows:

    1.    Plaintiff's individual claims against Defendant are dismissed without prejudice.

///

2. The class and representative claims against Defendant are dismissed without prejudice.

3. Each party shall bear its own respective costs of suit and attorneys' fees.

Dated: May 11, 2017                    SUTTON HAGUE LAW CORPORATION, P.C.

                                       By:   /s/ Jared Hague
                                             JARED HAGUE
                                             Attorneys for Plaintiff
                                             TERESA HILL

Dated: May 11, 2017                    LITTLER MENDELSON, P.C.

                                       By:   /s/ Joshua D. Levine
                                             JULIE DUNNE
                                             JOSHUA D. LEVINE
                                             MATTHEW BRYAN RILEY
                                             Attorneys for Defendant
                                             T.J. MAXX OF CA, LLC

## ATTESTATION OF E-FILED SIGNATURES

I, Jared Hague, am the ECF user whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1, I hereby attest that Julie Dunne has concurred in this filing.

DATED: May 12, 2017

                                       By:   /s/ JARED HAGUE
                                             S. BRETT SUTTON
                                             JARED HAGUE
                                             Attorney for Plaintiff
                                             TERESA HILL

Sutton Hague
Law Corporation, P.C.
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

2
_____
STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION

# ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation of the parties, and Good Cause appearing, the Court Orders as follows:

1. Plaintiff Teresa Hill's individual claims against Defendant T.J. Maxx of CA, LLC ("Defendant") are dismissed without prejudice.
2. The class and representative claims against Defendant are dismissed without prejudice.
3. Each party shall bear its own respective costs of suit and attorneys' fees.

**IT IS SO ORDERED**

Dated: __June 6__, 2017

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

Sutton Hague
Law Corporation, P.C.
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

3
STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION